SCAD-17-0000365

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

VENETIA CARPENTER-ASUI,
Respondent.

---

ORIGINAL PROCEEDING
(ODC CASE NOS. 16-0-315, 16-0-316 and 17-0-009)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition submitted on April 24, 2017 by the Office of Disciplinary Counsel (ODC), requesting the immediate suspension of Respondent Venetia Carpenter-Asui from the practice of law pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawai'i (RSCH), the declaration and exhibits attached thereto, and the record, we find Respondent Carpenter-Asui has failed to meaningfully or substantively respond to lawful requests from ODC regarding its investigations into alleged misconduct committed by her, or to respond to this court's May 8, 2017 order to show cause as to why

she should not be immediately suspended for the above conduct. Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.12A, Respondent Carpenter-Asui is suspended from the practice of law. This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Carpenter-Asui shall constitute a suspension for purposes of RSCH Rule 2.16. The Disciplinary Board of the Supreme Court of the State of Hawaiʻi and Respondent Carpenter-Asui shall therefore comply with the relevant requirements of that Rule.

IT IS FINALLY ORDERED that the Clerk shall forthwith distribute a copy of this order to all judges, pursuant to RSCH Rule 2.16(f). Distribution may be by electronic mail.

DATED: Honolulu, Hawaiʻi, June 8, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2